Form 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S. AND BORUSAN MANNESMANN PIPE U.S. INC.<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES,**<br><br>**Defendant.** | **SUMMONS**<br>**Court No. 23-00005** |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff Borusan Mannesmann Boru Sanayi ve Ticaret A.S. ("BMB") is a foreign producer and exporter of circular welded carbon steel pipes and tubes from Turkey. Plaintiff Borusan Mannesmann Pipe U.S. Inc. is the U.S. affiliate of BMB and imported subject merchandise produced by BMB. Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A) and were parties to the U.S. Department of Commerce's May 1, 2020 – April 30, 2021 antidumping duty administrative review of Circular Welded Carbon Steel Pipes and Tubes from Turkey. Plaintiffs have standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A)(i)(I).

   Name and Standing of Plaintiffs:

2. Plaintiffs contest aspects of the U.S. Department of Commerce, International Trade Administration's final results of the May 1, 2020 – April 30, 2021 antidumping duty administrative review of the antidumping duty order on *Circular Welded Carbon Steel Standard Pipe and Tube Products from Turkey*. *See Circular Welded Carbon Steel Standard Pipe and Tube Products From Turkey: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2020-2021*, 87 Fed. Reg. 75,596 (Dep't

     Commerce Dec. 9, 2022).
     (Brief description of contested determination)

3. December 2, 2022
   (Date of Determination)

4. Commerce's *Final Results* were published in the *Federal Register* on December 9, 2022.
   (If applicable, date of publication in *Federal Register* of notice of contested determination)

| | |
|---|---|
| /s/ Julie C. Mendoza<br>Signature of Plaintiffs' Attorney | Julie C. Mendoza<br>**Morris, Manning & Martin, LLP**<br>1401 Eye Street, NW Suite 600 |
| January 6, 2023<br>Date | Washington, DC 20005<br>(202) 216-4817<br>jmendoza@mmmlaw.com |

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

### UPON THE UNITED STATES

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson, Esq.
Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C. 20530

### UPON THE DEPARTMENT OF COMMERCE

General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C. 20230


Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230


(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)