# THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: HONORABLE JANE A. RESTANI, JUDGE

|  |  |
|---|---|
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S. AND BORUSAN MANNESMANN PIPE U.S. INC., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES, <br><br> Defendant <br><br> and, <br> WHEATLAND TUBE, <br><br> Defendant-Intervenor. | Court No. 23-00005 |

## **ORDER**

Having considered the motion of Borusan Mannesmann Boru Sanayi ve Ticaret A.Ş. ("BMB") and Borusan Mannesmann Pipe U.S. Inc. ("BMP") (collectively, "Plaintiffs") to stay further proceedings in this action pending the issuance of the mandate in *Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States*, CAFC Court No. 21-2097, it is hereby:

**ORDERED** that these proceedings are stayed pending the issuance of the mandate in *Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States*, CAFC Court No. 21-2097; and it is further

13232769–1

2

**ORDERED** that the parties shall file a joint status report informing this Court of how the parties believe this action should proceed within ten days of the issuance of the mandate in *Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States*, CAFC Court No. 21-2097.

**SO ORDERED.**

Dated: March 22, 2023  /S/   Jane A. Restani
New York, NY                    Judge

2