Slip Op. 23-74

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S. AND BORUSAN MANNESMANN PIPE U.S. INC.,** | |
| Plaintiffs, | Before: Jane A. Restani, Judge |
| v. | Court No. 23-00005 |
| **UNITED STATES,** | |
| Defendant, | |
| **WHEATLAND TUBE,** | |
| Defendant-Intervenor. | |

## JUDGMENT

The complaint filed in this matter challenging the final determination of the United States Department of Commerce regarding <u>Circular Welded Carbon Steel Standard Pipe and Tube Products From Turkey: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2020-2021</u>, 87 Fed. Reg. 75,596 (Dep't Commerce Dec. 9, 2022) ("<u>Final Determination</u>") raises an issue that has been resolved in favor of the Department in <u>Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States</u>, 63 F.4th 25 (Fed. Cir. 2023). The parties have advised that, there being no other issues to adjudicate, judgment should be entered in agreement with that decision. Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the <u>Final Determination</u> by Commerce is **SUSTAINED**.

    /s/ Jane A. Restani
Jane A. Restani, Judge

Dated: <u>May 15, 2023</u>
       New York, New York